232 So.2d 700

**Ex parte William T. Hutchens.**

**In re William T. HUTCHENS**

v.

**STATE.**

**8 Div. 392.**

Supreme Court of Alabama.

March 5, 1970.

G. Wade Green, Huntsville, for petitioner.

MacDonald Gallion, Atty. Gen., for the State.

MERRILL, Justice.

Petition of William T. Hutchens for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Hutchens v. State, 45 Ala.App. 507, 232 So.2d 687 (8 Div. 29).

Writ denied.

LIVINGSTON, C. J., and SIMPSON, COLEMAN, HARWOOD, MADDOX and McCALL, JJ., concur.

234 So.2d 555

**Harvey L. RABREN, etc., et al.**

v.

**Marguerite W. MUDD.**

**6 Div. 649.**

Supreme Court of Alabama.

April 16, 1970.

MacDonald Gallion, Atty. Gen., Willard W. Livingston, Asst. Atty. Gen., and Counsel, Dept. of Revenue, and William H. Burton, Asst. Atty. Gen. and Asst. Counsel, Dept. of Revenue, for appellants.

Sirote, Permutt, Friend & Friedman, William G. West, Jr., Birmingham, for appellee.

HARWOOD, Justice.

Affirmed on authority of Harvey L. Rabren, etc., et al. v. Joseph P. Mudd, 285 Ala. 531, 234 So.2d 549.

Affirmed.

LIVINGSTON, C. J., and LAWSON, MERRILL and MADDOX, JJ., concur.

228 So.2d 840

**Ex parte Gerald Thornton Russell.**

**Gerald Thornton RUSSELL**

v.

**STATE of Alabama.**

**6 Div. 766.**

Supreme Court of Alabama.

Dec. 4, 1969.

Fred Blanton and Morel Montgomery, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

BLOODWORTH, Justice.

Petition of Gerald Thornton Russell for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision in Russell v. State, 45 Ala.App. 224, 228 So.2d 837.

Writ denied.

LIVINGSTON, C. J., and LAWSON, SIMPSON, MERRILL, COLEMAN and HARWOOD, JJ., concur.